UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                              )
                                   )
                                   )      Case No.
                                   )
                    Debtor(s).     )

AMENDMENT TO LIST OF CREDITORS AND MAILING
MATRIX TO ADD PREVIOUSLY UNLISTED ENTITY OR ENTITIES

1.  For the entities on the attached list, the List of Creditors and Mailing Matrix previously filed in this case is **amended to add the name and address of each such entity**.  The attached list, consists of _____ pages and a total of _____ entities listed with their correct addresses.

2.  As hereby amended (and as amended by any prior amendments filed and by any amendment(s) being filed contemporaneously herewith), the List of Creditors and Mailing Matrix contains a true and correct name and address of:

- each of the Debtor's creditors (those entities required to be scheduled on Schedules D, and E/F, the Schedules of Creditors Holding Claims, in this case),

- each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties to any unexpired lease of real or personal property to which the Debtor is a party;

- each entity required to be listed on Schedule H - Codebtors (any entity that is also liable on any debts owed to any of the Debtor's listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __7__ day of _January_____,2019_____ by:


_/s/Mark McIntosh_____
Mark McIntosh
Owner/COO of Debtor

Executed on this _____ day of _____, _____ by:


_____
Joint Debtor (if joint case filed by both spouses)

Ameriquest
2 Huntington Quad SO
Suite 202D
Melville, NY 11747


Mark McIntosh
4915 Virginia St.
Alexandria, VA 22312

# United States Bankruptcy Court
### District of District of Columbia

In re   **Upper Cuts Gentleman's Grooming Place, LLC**
Debtor(s)

Case No.   **18-00781**
Chapter    **11**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

Schedule A/B, Schedule E/F, Statement of Financial Affairs.

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows: ECF and first class mail, postage prepaid.

Date:   **January  7, 2019**

**/s/ Ashvin Pandurangi**
**Ashvin Pandurangi 86966**
Attorney for Debtor(s)
**AP Law Group, PLC**
**7777 Leesburg Pike**
**Suite 402N**
**Falls Church, VA 22043**
**5719696540 Fax:5716990518**
**ap@aplawg.com**

**Fill in this information to identify the case:**

Debtor name    **Upper Cuts Gentleman's Grooming Place, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)    **18-00781**

■ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.    **TD Bank** | **Operating Account** | **2061** | **$737.48** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $737.48 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor | **Upper Cuts Gentleman's Grooming Place, LLC** | Case number *(If known)* | **18-00781** |
|---|---|---|---|
| | Name | | |

---

**Part 5:** **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| **Hair Care Products** | **12/13/18** | **$0.00** | **Liquidation** | **$2,500.00** |

22.  **Other inventory or supplies**

23.  **Total of Part 5.**

| | |
|---|---|
| Add lines 19 through 22.  Copy the total to line 84. | **$2,500.00** |

24.  **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:** **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **Upper Cuts Gentleman's Grooming Place, LLC** | Case number *(If known)* **18-00781** |
|---|---|---|
| | Name | |

**47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**    **Aircraft and accessories**

**50.**    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Belmont Barber Chairs (4) | Unknown | Expert | $32,000.00 |
| Customized Styling Stations (4) | $0.00 | Expert | $40,000.00 |
| Shoe Shine Stand (1) | $0.00 | Expert | $1,500.00 |
| Waiting Chairs (2) | $0.00 | Expert | $1,600.00 |
| Pedicure Station (1) | $0.00 | Expert | $1,000.00 |
| Manicure Station (1) | $0.00 | Expert | $2,000.00 |
| Product Display Case (1) | $0.00 | Expert | $1,500.00 |
| Flat Screen TV (2) | $0.00 | Expert | $2,000.00 |
| A/V Equipment | $0.00 | Expert | $3,000.00 |
| Lighting Equipment | $0.00 | Expert | $5,000.00 |
| Whair Wash Bowls (2) | $0.00 | Expert | $4,000.00 |
| Cabinetry | $0.00 | Expert | $2,500.00 |
| Other miscellaneous fixtures, painting, pictures. | $0.00 | Recent cost | $2,500.00 |

**51.**    **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $98,600.00 |
|---|

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Upper Cuts Gentleman's Grooming Place, LLC** | Case number *(If known)* **18-00781** |
| --- | --- | --- |
| | Name | |

| Part 9: | **Real property** |
| --- | --- |

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 60. | Patents, copyrights, trademarks, and trade secrets | | | |
| 61. | Internet domain names and websites www.uppercutsdc.com | $0.00 | N/A | Unknown |
| 62. | Licenses, franchises, and royalties | | | |
| 63. | Customer lists, mailing lists, or other compilations | | | |
| 64. | Other intangibles, or intellectual property | | | |
| 65. | Goodwill | | | |

66. **Total of Part 10.**

| | $0.00 |
| --- | --- |

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | **All other assets** |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Upper Cuts Gentleman's Grooming Place, LLC**                    Case number *(if known)*  **18-00781**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $737.48 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $98,600.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $101,837.48 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $101,837.48 |

**Fill in this information to identify the case:**

Debtor name      **Upper Cuts Gentleman's Grooming Place, LLC**

United States Bankruptcy Court for the:      DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)      **18-00781**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:      List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,737.85** | **$1,737.85** |
| | **Govt of District of Columbia Office of Tax and Revenue 1101 4th Street, SW Washington, DC 20024** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2017** | Basis for the claim: **Withholding** | | |
| | Last 4 digits of account number **4307** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,267.60** | **$28,267.60** |
| | **IRS Centralized Insolvency Op PO Box 7346 Philadelphia, PA 19101** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2016-2018** | Basis for the claim: | | |
| | Last 4 digits of account number **9830** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| Debtor | **Upper Cuts Gentleman's Grooming Place, LLC** | Case number (if known) | **18-00781** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,000.00** | **$5,000.00** |
|---|---|---|---|---|
| | **Maryland Department of Taxation**<br>**60 West Street**<br>**Suite 102**<br>**Annapolis, MD 21401** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,984.84** | **$1,984.84** |
|---|---|---|---|---|
| | **Virginia Dept of Taxation**<br>**P.O. Box 997**<br>**Spotsylvania, VA 22553** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2017-18** | Basis for the claim:<br>**Withholding** | | |
| | Last 4 digits of account number **0701**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,870.57** |
| | **Ameriquest**<br>**2 Huntington Quad SO**<br>**Suite 202D**<br>**Melville, NY 11747** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Merchant Advance**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,170.49** |
| | **Associated Credit Services Inc.**<br>**PO Box 5171**<br>**Westborough, MA 01581** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **8637** | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,372.92** |
| | **Bond Washington, LLC**<br>**1401 New York Ave. NW**<br>**Suite B100**<br>**Washington, DC 20005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **5/2018**<br>Last 4 digits of account number **6709** | Basis for the claim:  **Commerical Lease**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Upper Cuts Gentleman's Grooming Place, LLC | Case number (if known) | 18-00781 |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,010.00 |
|---|---|---|---|

**Green Capital Funding LLC**
**53 Mason St.**
**Suite 6B**
**Riverside, CT 06878**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchant Advance**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Mark McIntosh**
**4915 Virginia St.**
**Alexandria, VA 22312**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Albert & Schulwolf LLC**<br>**110 North Washington St.**<br>**Suite 300**<br>**Rockville, MD 20850** | Line  **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Penn Credit**<br>**PO Box 988**<br>**Harrisburg, PA 17108** | Line  **2.4**<br><br>☐ Not listed. Explain ____ | **7167** |
| 4.3 | **RSI Enterprises, Inc.**<br>**PO Box 710507**<br>**Herndon, VA 20171** | Line  **2.1**<br><br>☐ Not listed. Explain ____ | **0318** |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 36,990.29 |
| 5b. Total claims from Part 2 | 5b.  + | $ 144,423.98 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 181,414.27 |

---

**Fill in this information to identify the case:**

Debtor name    **Upper Cuts Gentleman's Grooming Place, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)    **18-00781**

■ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$728,436.58** |
| **For prior year:** From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$488,258.91** |
| **For year before that:** From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$165,981.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor   **Upper Cuts Gentleman's Grooming Place, LLC**                         Case number *(if known)*  **18-00781**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Ameriquest**<br>**2 Huntington Quad SO**<br>**Suite 202D**<br>**Melville, NY 11747** | **October 10-12, 15-19, 22-26;**<br>**November 1, 2, 5-9, 12-16; 19-21, 23**<br>**December 3-7** | $16,133.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Merchant advance repayments** |
| 3.2. **Green Capital Funding LLC**<br>**53 Mason St.**<br>**Suite 6B**<br>**Riverside, CT 06878** | **October 10-12; 15-19; 22-26**<br>**November 1,2; 5-9; 12-16; 19-21,23**<br>**December 3-7** | $13,213.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Merchant advance repayments** |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Upper Cuts Gentleman's Grooming Place, LLC**    Case number *(if known)*  **18-00781**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Bond Washington, LLC v. Upper Cuts Gentleman's Grooming Lounge LLC**<br>**2018LTB026709** | **Unlawful Detainer** | **Washington D.C. Superior Court**<br>**500 Indiana Ave. NW**<br>**Washington, DC 20001** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **AP Law Group, PLC**<br>**7777 Leesburg Pike**<br>**Suite 402N**<br>**Falls Church, VA 22043** | **Pre-Filing Retainer** | **12/6/2018** | **$10,000.00** |
| Email or website address<br>**ap@aplawg.com** | | | |
| Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

| Debtor | **Upper Cuts Gentleman's Grooming Place, LLC** | Case number *(if known)* **18-00781** |
|---|---|---|

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

| Debtor | **Upper Cuts Gentleman's Grooming Place, LLC** | Case number *(if known)* | **18-00781** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Upper Cuts Gentleman's Grooming Place, LLC** | Case number *(if known)* **18-00781** |
|---|---|---|

☐ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | **E Cohen & Associates**<br>**1 Research Ct. #101**<br>**Rockville, MD 20850** | **2015-7/2018** |
| 26a.2. | **Small Business Accounting LLC**<br>**5310 Martinique Ln.**<br>**Alexandria, VA 22315** | **2015-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. | **E. Cohen & Associates**<br>**1 Research Ct. #101**<br>**Rockville, MD 20850** | **2015-7/2018** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2. | **Small Business Accounting LLC**<br>**5310 Martinique Ln.**<br>**Alexandria, VA 22314** | **2015-Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Debtor   **Upper Cuts Gentleman's Grooming Place, LLC**                   Case number *(if known)*  **18-00781**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **E Cohen & Associates**<br>**1 Research Ct. #101**<br>**Rockville, MD 20850** | |
| 26c.2.    **Small Business Accounting LLC**<br>**5310 Martinique Ln.**<br>**Alexandria, VA 22315-4000** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark McIntosh** | **4915 Virginia St.**<br>**Alexandria, VA 22312** | **COO** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Helen McIntosh** | **4915 Virginia St.**<br>**Alexandria, VA 22312** | **CEO** | **50** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor   **Upper Cuts Gentleman's Grooming Place, LLC**    Case number *(if known)*  **18-00781**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Helen McIntosh**<br>**4915 Virginia St.**<br>**Alexandria, VA 22312** | **$1273.01** | **1/12/2018,**<br>**2/9/2018,**<br>**8/10/2018** | **Salary** |
| | **Relationship to debtor**<br>**Owner/CEO** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January  7, 2019**

**/s/ Mark McIntosh**                                      **Mark McIntosh**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   **Owner**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207)** attached?
■ No
☐ Yes

# United States Bankruptcy Court
### District of District of Columbia

In re  **Upper Cuts Gentleman's Grooming Place, LLC**                                    Case No.    **18-00781**
                                                                    Debtor(s)                    Chapter    **11**

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Owner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing , consisting of __16__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January  7, 2019**                           Signature    **/s/ Mark McIntosh**
                                                                   **Mark McIntosh**
                                                                   **Owner**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§   152 and 3571.