The order below is hereby signed.

Signed: January 16 2019



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| UPPER CUTS GENTLEMAN'S | ) | Case No. 18-00781 |
| GROOMING PLACE, LLC, | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |

ORDER TO FILE CORRECTED RULE 2016(b) STATEMENT

The debtor's counsel's Rule 2016(b) statement is inconsistent with the compensation terms set forth in the debtor's application to employ counsel. It is thus

ORDERED that within 14 days after entry of this order, the debtor's counsel shall file a corrected Rule 2016(b) statement.

[Signed and dated above.]

Copies to: E-recipients of orders.