The order below is hereby signed.

Signed: February 7 2019



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| UPPER CUTS GENTLEMAN'S ) | Case No. 18-00781-SMT |
| GROOMING PLACE, LLC ) | |
| ) | Chapter 11 |
| Debtor-In-Possession ) | |

### ORDER EMPLOYING KEVIN CONYNGHAM AS CPA

On January 7, 2019, the Debtor filed an Application to Employ Kevin Conyngham as Certified Public Accountant or "CPA" (Docket No. 57). No objections to the Application were filed by any creditors or parties in interest. For the reasons stated in the Application and good cause having been shown, it is hereby

**ORDERED** that Debtor is authorized to employ Kevin Conynham as its CPA and compensate CPA for services rendered pursuant to fee applications first approved by the Court.

A copy of this Order shall be served upon the Debtor, attorney for the Debtor, the proposed CPA and the United States Trustee.

I ASK FOR THIS:

AP Law Group, PLC

/s/ Ashvin Pandurangi
Ashvin Pandurangi, Bar #86966 AP
Law Group, PLC
7777 Leesburg Pike, Suite 402N
Falls Church, VA 22043
Tel: (571) 969-6540
Fax: (571) 699-0518
*Counsel for Debtor*


COPIES TO:

Ashvin Pandurangi, Esq.,
VSB# 86966
AP Law Group, PLC
7777 Leesburg Pike, 402N
Falls Church, VA 22043

Joseph A. Guzinski, Esq.
Office of the U.S. Trustee
1725 Duke St., Suite 650
Alexandria, VA

Upper Cuts Gentlemen's Grooming Place
716 14th St. NW
Washington D.C. 20005

Kevin Conyngham
211 Park Ave.
Falls Church, VA 22046