The order below is hereby signed.

Signed: February 7 2019



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                                    )
                                         )
UPPER CUTS GENTLEMAN'S                   )    Case No. 18-00781
GROOMING PLACE, LLC,                     )    (Chapter 11)
                                         )
        Debtor.                          )

ORDER DENYING CONSENT MOTION TO USE CASH COLLATERAL

The debtor's *Consent Motion to Use Cash Collateral* partially fails to comply with Fed. R. of Bankr. P. 4001(d)(1)(B) by failing to mention at least one provision of a character listed in Rule 4001(c)(1)(B)(i) through (xi) and by failing to identify the specific location of each provision of such a character in the proposed *Consent Order*.  In addition, the *Consent Motion* does not include the notice required by Rule 4001(d)(2).  The court notes that the proposed order twice refers to December 7, 2019, when the reference should have been to December 7, 2018.  Because the *Consent Motion* was served on January 24, 2019, creditors have had several days to evaluate the *Consent Motion*.  I will thus limit the time for objections to 10 days after the filing anew of

the *Consent Motion*.

In light of the foregoing, it is

ORDERED that the debtor's *Consent Motion to Use Cash Collateral* is denied without prejudice to refiling of the *Consent Motion* with required modifications as discussed above.  It is further

ORDERED that the debtor's notice of the deadline for objecting to a renewed *Consent Motion* may give notice that the deadline for objecting to the renewed *Consent Motion* is the date that is 10 days after the filing of the renewed *Consent Motion*.

[Signed and dated above.]

Copies to: Debtor; Attorney for the Debtor; Office of the U.S. Trustee; e-recipients.