The order below is hereby signed.

Signed: March 7 2019



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| UPPER CUTS GENTLEMAN'S | ) | Case No. 18-00781-SMT |
| GROOMING PLACE, LLC | ) | |
| | ) | Chapter 11 |
| Debtor-In-Possession | ) | |

## ORDER EMPLOYING ASHVIN PANDURANGI AS COUNSEL

On January 7, 2019, the Debtor filed an Application to Employ Ashvin Pandurangi as Counsel (Docket No. 38). No objections to the Application were filed by any creditors or parties in interest. For the reasons stated in the Application and good cause having been shown, it is hereby

**ORDERED** that Debtor is authorized to employ Ashvin Pandurangi of AP Law Group, PLC as its Counsel and compensate Counsel for services rendered pursuant to fee applications first approved by the Court.

A copy of this Order shall be served upon the Debtor, attorney for the Debtor, and the United States Trustee.

_____                                            _____
DATE                                                           BANKRUPTCY JUDGE

I ASK FOR THIS:

AP Law Group, PLC

/s/ Ashvin Pandurangi
Ashvin Pandurangi, Bar #86966 AP Law Group, PLC
7777 Leesburg Pike, Suite 402N
Falls Church, VA 22043
Tel: (571) 969-6540
Fax: (571) 699-0518
*Counsel for Debtor*


COPIES TO:

Ashvin Pandurangi, Esq.,
VSB# 86966
AP Law Group, PLC
7777 Leesburg Pike, 402N
Falls Church, VA 22043

Joseph A. Guzinski, Esq.
Office of the U.S. Trustee
1725 Duke St., Suite 650
Alexandria, VA