IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| UPPER CUTS GENTLEMAN'S | ) | Case No. 18-00781-SMT |
| GROOMING PLACE, LLC | ) | |
| | ) | Chapter 11 |
| Debtor-In-Possession | ) | |
| | ) | |

### NOTICE OF OPPORTUNITY TO OBJECT TO MOTION FOR ENTRY OF STIPULATION AND CONSENT ORDER AUTHORIZING DEBTOR TO USE CASH COLLATERAL

The Debtor-in-Possession has filed a motion for entry of stipulation and consent order authorizing debtor to use cash collateral.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the motion, or if you want the Court to consider your views on the matter, then:

on or before February 23, 2019, you or your attorney must file with the Court a written objection to the application, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits and documents in support of your objection.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy of your objection to:

AP Law Group, PLC
7777 Leesburg Pike, Suite 402N
Falls Church, VA 22043

Joseph A. Guzinski, Esq.
Office of the U.S. Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief. The Court may grant the application without a hearing if the objection filed states inadequate grounds for denial of the application to employ counsel. Parties in interest with questions may contact the undersigned.

Dated: February 13, 2019          /s/ Ashvin Pandurangi_____
                                  Ashvin Pandurangi, Esq., VSB# 86966
                                  AP Law Group, PLC
                                  7777 Leesburg Pike, 402N
                                  Falls Church, VA 22043
                                  Tel: (571) 969-6540
                                  ap@aplawg.com
                                  *Counsel for Debtor*

**CERTIFICATE OF SERVICE UNDER RULE 4001-d(2)**

I hereby certify that on the 13th day of February, 2019 a true copy of the foregoing *Notice of Opportunity to Object to Motion for Entry of Stipulation and Consent Order Authorizing Debtor to Use Cash Collateral* was served by ECF on the U.S. Trustee for Region 4, and by first class mail, postage prepaid to the attached secured creditors.

                                  /s/ Ashvin Pandurangi
                                  Ashvin Pandurangi, Esq., VSB# 86966

```
SunTrust Bank
303 Peachtree Street, NE
Suite 900
Atlanta, GA 30308
```