# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| UPPER CUTS GENTLEMAN'S | ) | Case No. 18-00781-SMT |
| GROOMING PLACE, LLC | ) | |
| | ) | Chapter 11 |
| Debtor-In-Possession | ) | |
| | ) | |

## NOTICE OF OPPORTUNITY TO OBJECT TO
## MOTION FOR APPROVAL OF AMENDED CONSENT ORDER
## AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL AND GRANTING
## ADEQUATE PROTECTION TO SUNTRUST BANK PURSUANT TO 11 U.S.C. § 363

The Debtor-in-Possession has filed a motion for approval of amended consent order authorizing debtor's use of cash collateral and granting adequate protection to Suntrust Bank pursuant to 11 U.S.C. § 363.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the application to employ Ashvin Pandurangi, Esq. as counsel, or if you want the Court to consider your views on the matter, then:

on or before May 16, 2019, you or your attorney must file with the Court a written objection to the application, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court,

E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001.  You may append affidavits and documents in support of your objection.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy of your objection to:

AP Law Group, PLC
7777 Leesburg Pike, Suite 402N
Falls Church, VA 22043

Joseph A. Guzinski, Esq.
Office of the U.S. Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief. The Court may grant the application without a hearing if the objection filed states inadequate grounds for denial of the application to employ counsel. Parties in interest with questions may contact the undersigned.

Dated: May 2, 2019          /s/ Ashvin Pandurangi_____
                            Ashvin Pandurangi, Esq., VSB# 86966
                            AP Law Group, PLC
                            7777 Leesburg Pike, 402N
                            Falls Church, VA 22043
                            Tel: (571) 969-6540
                            ap@aplawg.com
                            *Counsel for Debtor*

**CERTIFICATE OF SERVICE UNDER LBR 5005-3 AND RULE 2014-1**

I hereby certify that on the 2nd day of May, 2019 a true copy of the foregoing *Notice of Opportunity to Object* was served by ECF on the U.S. Trustee for Region 4, and by first class mail, postage prepaid to the attached list of creditors.

/s/ Ashvin Pandurangi
Ashvin Pandurangi, Esq., VSB# 86966

Albert & Schulwolf LLC
110 North Washington St.
Suite 300
Rockville, MD 20850


Associated Credit Services
PO Box 5171
Westborough, MA 01581


Bond Washington, LLC
1401 New York Ave. NW
Suite B100
Washington, DC 20005


Govt of District of Columbia
Office of Tax and Revenue
1101 4th Street, SW
Washington, DC 20024


IRS Centralized Insolvency Op
PO Box 7346
Philadelphia, PA 19101


Penn Credit
PO Box 988
Harrisburg, PA 17108


RSI Enterprises, Inc.
PO Box 710507
Herndon, VA 20171


SunTrust Bank
303 Peachtree Street, NE
Suite 900
Atlanta, GA 30308


Virginia Dept of Taxation
P.O. Box 997
Spotsylvania, VA 22553