IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| UPPER CUTS GENTLEMEN'S ) | Case No. 18-00781-SMT |
| GROOMING PLACE, LLC ) | Chapter 11 |
|     Debtor-In-Possession ) | |
| ) | |

**FIRST APPLICATION FOR INTERIM
COMPENSATION OF COUNSEL**

COMES NOW, Ashvin Pandurangi of AP Law Group, PLC, ("Applicant"), pursuant to 11 U.S.C. §§330 and 331, Fed R. Bankr. P. 2016(a) and Local Rule 2016-1(A), Applicant respectfully represents the following to the Court.

**EMPLOYMENT AS COUNSEL FOR DEBTOR**

1. Applicant was retained by Upper Cuts Gentlemen's Grooming Lounge ("Debtor") on or about December 6, 2019 as counsel in its Chapter 11 case. The Court entered an Order authorizing the employment of Applicant on March 7, 2019 (Docket #75).

**RETAINER**

2. Applicant is currently holding a retainer of $10,000 in this case.

**CASE STATUS**

3. On December 6, 2018, Debtor filed the instant case under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for District of Columbia, Case No. 18-00781-SMT.

    4. Debtor has continued to operate its business and manage its financial affairs as debtor in possession.

5. Applicant was hired to counsel Debtor in preparing and filing the Chapter 11 schedules, statements and lists, preparing and filing other necessary applications and motions, conducting negotiations with creditors as necessary and counseling Debtor on the Chapter 11 process, as well as developing a plan of reorganization.

## SUMMARY OF SERVICES RENDERED AND HOURS EXPENDED

6. Applicant is experienced in bankruptcy matters. Pursuant to agreement with the Debtor, the Applicant was to be compensated at the rate of $300.00 per hour for his services.

7. Applicant respectfully submits that the rate of $300.00 per hour is a fair and generally accepted rate of compensation for services of the type rendered herein by Applicant.

8. The dates, descriptions and hours of service are more fully set forth in the Customer Invoice attached as Exhibit "A".

9. Applicant has no agreement to share any compensation which may be awarded by this Court. All services provided herein were performed by Applicant for and on behalf of the Debtor and not for or on behalf of any other person or entity.

    WHEREFORE, the Applicant prays that the Court enter an Order (i) authorizing and awarding counsel fees to Ashvin Pandurangi for services rendered and expenses paid for the period December 6, 2019 through May 2, 2019 in the amount of $14,751.03, or in such other amount as to this Court may appear just, and authorize Applicant to withdraw the $10,000.00 retainer balance in his trust account and apply it to the award.

DATED: May 4, 2019                                        Ashvin Pandurangi

                                                                       /s/ Ashvin Pandurangi
                                                                       Ashvin Pandurangi

Respectfully Submitted,

UPPER CUTS GENTLEMAN'S GROOMING PLACE, LLC
By Counsel

/s/ Ashvin Pandurangi
Ashvin Pandurangi, Esq., VSB# 86966
AP Law Group, PLC
211 Park Ave.
Falls Church, VA 22043
Tel: (571) 969-6540
Fax: (571) 699-0518
ap@aplawg.com
*Counsel for Upper Cuts Gentlemen's Grooming Place, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of Msy, 2019 a true copy of the foregoing *First Application for Interim Compensation of Counsel* was served electronically on: Joseph A. Guzinski, Esquire, Office of the U.S. Trustee, 1725 Duke St., Suite 650, Alexandria, VA; and sent first class mail, postage prepaid, to the attached list of creditors.

/s/ Ashvin Pandurangi
Ashvin Pandurangi, Esq., VSB# 86966

```
Albert & Schulwolf LLC
110 North Washington St.
Suite 300
Rockville, MD 20850



Ameriquest
2 Huntington Quad SO
Suite 202D
Melville, NY 11747



Associated Credit Services
PO Box 5171
Westborough, MA 01581



Bond Washington, LLC
1401 New York Ave. NW
Suite B100
Washington, DC 20005



Govt of District of Columbia
Office of Tax and Revenue
1101 4th Street, SW
Washington, DC 20024



Green Capital Funding LLC
53 Mason St.
Suite 6B
Riverside, CT 06878



IRS Centralized Insolvency Op
PO Box 7346
Philadelphia, PA 19101



Mark McIntosh
4915 Virginia St.
Alexandria, VA 22312
```

Maryland Department of Transportation
60 West Street
Suite 102
Annapolis, MD 21401


Penn Credit
PO Box 988
Harrisburg, PA 17108


RSI Enterprises, Inc.
PO Box 710507
Herndon, VA 20171


SunTrust Bank
303 Peachtree Street, NE
Suite 900
Atlanta, GA 30308


Virginia Dept of Taxation
P.O. Box 997
Spotsylvania, VA 22553

# EXHIBIT A

# INVOICE

AP Law Group, PLC
7777 Leesburg Pike, 402N
Falls Church, VA - Virginia 22043

| | |
|---|---:|
| Invoice #: | 1010 |
| Date: | 05-02-2019 |
| Due On: | 05-09-2019 |

Upper Cuts Gentlemen's Grooming Place LLP

## Services

| Date | Atty | Description | Quantity | Rate | Total |
|---|---|---|---:|---:|---:|
| 12-03-18 | AP | Representation at IDI | 1.75 | 300.00 | $525.00 |
| 12-06-18 | AP | Initial office meeting | 0.58 | 300.00 | $175.00 |
| 12-06-18 | AP | File creation and email communication | 0.17 | 300.00 | $50.00 |
| 12-07-18 | AP | Preparing/filing emergency petition | 0.83 | 300.00 | $250.00 |
| 12-11-18 | AP | Preparing/filing verification of creditor matrix | 0.25 | 300.00 | $75.00 |
| 12-17-18 | AP | Preparing schedules A/B and SOFA | 0.67 | 300.00 | $200.00 |
| 12-17-18 | AP | Call w/ SunTrust rep | 0.08 | 300.00 | $25.00 |
| 12-20-18 | AP | Call/email w/ suntrust rep | 0.08 | 300.00 | $25.00 |
| 12-21-18 | AP | Mt to extend deadline to file missing docs | 0.50 | 300.00 | $150.00 |
| 12-21-18 | AP | Email to MM re: suntrust letter | 0.17 | 300.00 | $50.00 |
| 12-23-18 | AP | Proposed order to extend deadline | 0.25 | 300.00 | $75.00 |
| 12-27-18 | AP | Suntrust rep re: adequate protection | 0.25 | 300.00 | $75.00 |
| 12-27-18 | AP | Remaining schedules, statements and lists | 0.50 | 300.00 | $150.00 |
| 12-27-18 | AP | Office meeting with MM - review petition, docs for IDI, suntrust letter | 0.67 | 300.00 | $200.00 |
| 12-28-18 | AP | Email to MM re: docs for court and IDI | 0.17 | 300.00 | $50.00 |
| 12-28-18 | AP | Call w/ landlord rep re: post petition rent | 0.17 | 300.00 | $50.00 |
| 12-30-18 | AP | Statement under oath re: tax documents | 0.25 | 300.00 | $75.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-30-18 | AP | Reviewing docket for prior MD bk | 0.33 | 300.00 | $100.00 |
| 01-02-19 | AP | Preparing for IDI - reviewing/sending docs to Pika | 1.33 | 300.00 | $400.00 |
| 01-04-19 | AP | Email Correspondence: December 2018 bank statement | 0.08 | 300.00 | $25.00 |
| 01-04-19 | AP | Email Correspondence: SunTrust Bank/Gentlemen's Grooming Place, L.L.C. -- Follow-Up re: Chapter 11 Bankruptcy Case and Cash Collateral | 0.08 | 300.00 | $25.00 |
| 01-04-19 | AP | Email Correspondence: re: Order to attend Hearing | 0.08 | 300.00 | $25.00 |
| 01-04-19 | AP | Email Correspondence: RE: FW: Fast Cash Capital; Shane Murphy | 0.08 | 300.00 | $25.00 |
| 01-04-19 | AP | Phone call and email to Fast Cash Capital re: payoff | 0.17 | 300.00 | $50.00 |
| 01-04-19 | AP | Email Correspondence: RE: SunTrust Bank/Gentlemen's Grooming Place, L.L.C. -- Follow-Up re: Chapter 11 Bankruptcy Case and Cash Collateral | 0.08 | 300.00 | $25.00 |
| 01-04-19 | AP | Email Correspondence: gross annual revenue | 0.17 | 300.00 | $50.00 |
| 01-04-19 | AP | Email Correspondence: FW: RE: Upper Cuts | 0.08 | 300.00 | $25.00 |
| 01-04-19 | AP | Email Correspondence: RE: Upper Cuts | 0.08 | 300.00 | $25.00 |
| 01-04-19 | AP | Email Correspondence: RE: FW: Payoff letter for both advances | 0.08 | 300.00 | $25.00 |
| 01-04-19 | AP | Email Correspondence: Insider payments (salary) over last 1 year | 0.08 | 300.00 | $25.00 |
| 01-04-19 | AP | Email Correspondence: payments to creditors within 90 days prior to filing | 0.08 | 300.00 | $25.00 |
| 01-07-19 | AP | Email Correspondence: post petition rent payments | 0.08 | 300.00 | $25.00 |
| 01-07-19 | AP | Email Correspondence: RE: payments to creditors within 90 days prior to filing | 0.08 | 300.00 | $25.00 |
| 01-07-19 | AP | Amend schedules A/B (delete insurance), E/F and SOFA | 1.75 | 300.00 | $525.00 |
| 01-07-19 | AP | Email Correspondence: RE: Insider payments (salary) over last 1 year | 0.08 | 300.00 | $25.00 |
| 01-07-19 | AP | Email Correspondence: retainer payment | 0.67 | 300.00 | $200.00 |
| 01-07-19 | AP | App to Employ Counsel and Verified Statement; notice and proposed order. | 1.17 | 300.00 | $350.00 |
| 01-07-19 | AP | Phone Call: accounting services for Upper Cuts | 0.00 | 300.00 | $0.00 |
| 01-07-19 | AP | Email Correspondence: re: accounting services | 0.08 | 300.00 | $25.00 |
| 01-07-19 | AP | Email Correspondence: RE: Upper Cuts | 0.08 | 300.00 | $25.00 |

| 01-08-19 | AP | Email Correspondence: RE: Order to attend Hearing | 0.08 | 300.00 | $25.00 |
| --- | --- | --- | --- | --- | --- |
| 01-08-19 | AP | Email Correspondence: RE: Order to attend Hearing | 0.08 | 300.00 | $25.00 |
| 01-08-19 | AP | Email Correspondence: RE: Order to attend Hearing | 0.08 | 300.00 | $25.00 |
| 01-08-19 | AP | Email Correspondence: RE: Order to attend Hearing | 0.08 | 300.00 | $25.00 |
| 01-08-19 | AP | Email Correspondence: RE: Order to attend Hearing | 0.08 | 300.00 | $25.00 |
| 01-08-19 | AP | Reviewing SunTrust loan documents | 0.25 | 300.00 | $75.00 |
| 01-08-19 | AP | Email Correspondence: RE: Order to attend Hearing | 0.08 | 300.00 | $25.00 |
| 01-08-19 | AP | Email Correspondence: FORM1 for bank accounts | 0.08 | 300.00 | $25.00 |
| 01-09-19 | AP | Email Correspondence: RE: FORM1 for bank accounts | 0.08 | 300.00 | $25.00 |
| 01-09-19 | AP | Email Correspondence: Re: Upper Cuts Gentleman's Grooming Place, LLC 18-13550 Chapter 11 Initial Debtor Interview | 0.08 | 300.00 | $25.00 |
| 01-09-19 | AP | Email Correspondence: RE: FORM1 for bank accounts | 0.08 | 300.00 | $25.00 |
| 01-09-19 | AP | Email Correspondence: Upper Cuts Gentlemen's Grooming Place 18-00781 - 341 meeting | 0.08 | 300.00 | $25.00 |
| 01-09-19 | AP | Email Correspondence: Bank statements and Clover Tips statements for 2018 | 0.17 | 300.00 | $50.00 |
| 01-09-19 | AP | Drafting/filing Local Form 13 | 0.33 | 300.00 | $100.00 |
| 01-09-19 | AP | Email Correspondence: RE: FORM1 for bank accounts | 0.08 | 300.00 | $25.00 |
| 01-09-19 | AP | Email Correspondence: RE: Upper Cuts Gentlemen's Grooming Place 18-00781 - 341 meeting | 0.08 | 300.00 | $25.00 |
| 01-09-19 | AP | Preparing for 341 meeting | 0.75 | 300.00 | $225.00 |
| 01-09-19 | AP | call with suntrust rep re: cash collateral order and 341 | 0.33 | 300.00 | $100.00 |
| 01-09-19 | AP | Email Correspondence: RE: Bank statements and Clover Tips statements for 2018 | 0.08 | 300.00 | $25.00 |
| 01-09-19 | AP | Email Correspondence: RE: Bank statements and Clover Tips statements for 2018 | 0.08 | 300.00 | $25.00 |
| 01-09-19 | AP | Email Correspondence: RE: Bank statements and Clover Tips statements for 2018 | 0.08 | 300.00 | $25.00 |
| 01-10-19 | AP | Call with Kevin CPA re: balance sheet | 0.08 | 300.00 | $25.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-10-19 | AP | Reviewing/sending bank statements to Pika | 0.17 | 300.00 | $50.00 |
| 01-10-19 | AP | Email Correspondence: RE: Application to Employ and Verified Statement | 0.08 | 300.00 | $25.00 |
| 01-10-19 | AP | App to Employ CPA and Verified Statement | 0.50 | 300.00 | $150.00 |
| 01-10-19 | AP | 341 meeting in D.C. bankruptcy court | 3.00 | 300.00 | $900.00 |
| 01-10-19 | AP | Email Correspondence: 341 follow up - additional documents needed | 0.25 | 300.00 | $75.00 |
| 01-10-19 | AP | Email Correspondence: SunTrust Bank/Gentlemen's Grooming Place, L.L.C. -- Follow-Up re: Chapter 11 Bankruptcy Case and Cash Collateral | 0.08 | 300.00 | $25.00 |
| 01-11-19 | AP | Email Correspondence: FW: Additional documents for Upper Cuts Gentleman's Grooming Place, LLC 18-781 | 0.08 | 300.00 | $25.00 |
| 01-11-19 | AP | Email Correspondence: RE: 341 follow up - additional documents needed | 0.08 | 300.00 | $25.00 |
| 01-11-19 | AP | Phone Call: ACH withdrawals | 0.00 | 300.00 | $0.00 |
| 01-14-19 | AP | Email Correspondence: RE: Upper Cuts | 0.08 | 300.00 | $25.00 |
| 01-15-19 | AP | Email Correspondence: RE: Upper Cuts Gentleman's Grooming Place, LLC 18-13550 Chapter 11 Initial Debtor Interview | 0.08 | 300.00 | $25.00 |
| 01-15-19 | AP | Email Correspondence: SunTrust bank account statements | 0.08 | 300.00 | $25.00 |
| 01-16-19 | AP | Email Correspondence: Upper Cuts 18-00781 - SunTrust bank account statements | 0.08 | 300.00 | $25.00 |
| 01-16-19 | AP | Email Correspondence: FW: Re: Upper Cuts 18-00781 - SunTrust bank account statements | 0.08 | 300.00 | $25.00 |
| 01-17-19 | AP | SunTrust rep re: cash collateral order | 0.17 | 300.00 | $50.00 |
| 01-17-19 | AP | Reviewing/filing app to employ CPA, proposed order and notice | 0.58 | 300.00 | $175.00 |
| 01-21-19 | AP | Reviewing MOR | 0.50 | 300.00 | $150.00 |
| 01-22-19 | AP | Email Correspondence: SunTrust cash collateral order | 0.08 | 300.00 | $25.00 |
| 01-22-19 | AP | Email Correspondence: RE: SunTrust Bank/Gentlemen's Grooming Place, L.L.C. -- Follow-Up re: Chapter 11 Bankruptcy Case and Cash Collateral | 0.08 | 300.00 | $25.00 |
| 01-22-19 | AP | Email Correspondence: Re: Draft MOR | 0.08 | 300.00 | $25.00 |
| 01-22-19 | AP | Revised budget for proposed cash collateral order | 0.33 | 300.00 | $100.00 |
| 01-22-19 | AP | with CPA re: financial docs | 0.17 | 300.00 | $50.00 |

| Date | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-22-19 | AP | Email Correspondence: RE: SunTrust Bank/Gentlemen's Grooming Place, L.L.C. -- Follow-Up re: Chapter 11 Bankruptcy Case and Cash Collateral | 0.08 | 300.00 | $25.00 |
| 01-22-19 | AP | Consent Motion for Use of Cash Collateral | 0.58 | 300.00 | $175.00 |
| 01-22-19 | AP | Reviewng, redacting, filing 12/2018 MOR | 0.75 | 300.00 | $225.00 |
| 01-23-19 | AP | Email Correspondence: Upper Cuts Gentleman's Grooming Place, LLC 18-13550, 12/2018 MOR | 0.08 | 300.00 | $25.00 |
| 01-23-19 | AP | Email Correspondence: RE: SunTrust Bank/Gentlemen's Grooming Place, L.L.C. -- Follow-Up re: Chapter 11 Bankruptcy Case and Cash Collateral | 0.08 | 300.00 | $25.00 |
| 01-23-19 | AP | Email Correspondence: RE: SunTrust Bank/Gentlemen's Grooming Place, L.L.C. -- Follow-Up re: Chapter 11 Bankruptcy Case and Cash Collateral | 0.08 | 300.00 | $25.00 |
| 01-24-19 | AP | Finalizing/filing consent motion to use cash collateral and proposed order | 0.67 | 300.00 | $200.00 |
| 01-24-19 | AP | Email Correspondence: RE: SunTrust Bank/Gentlemen's Grooming Place, L.L.C. -- Follow-Up re: Chapter 11 Bankruptcy Case and Cash Collateral | 0.08 | 300.00 | $25.00 |
| 01-28-19 | AP | Email Correspondence: Additional Documents Requested at 341 | 0.08 | 300.00 | $25.00 |
| 01-28-19 | AP | Email Correspondence: RE: Additional Documents Requested at 341 | 0.08 | 300.00 | $25.00 |
| 02-06-19 | AP | Email Correspondence: Updated balance sheet and P&L | 0.08 | 300.00 | $25.00 |
| 02-06-19 | AP | Email Correspondence: RE: Updated balance sheet and P&L | 0.08 | 300.00 | $25.00 |
| 02-09-19 | AP | Email Correspondence: re: Suntrust adequate protection payments for Jan. and Feb. | 0.08 | 300.00 | $25.00 |
| 02-11-19 | AP | Email Correspondence: re: Fwd: Upper Cuts - Equipment Lease - Please response | 0.08 | 300.00 | $25.00 |
| 02-13-19 | AP | Call w/ J. Hardman re: amended cash collateral order | 0.08 | 300.00 | $25.00 |
| 02-13-19 | AP | Amended Notice, Mt and Order for Cash Collateral | 0.75 | 300.00 | $225.00 |
| 02-14-19 | AP | Call w/ Michael (CPA) re: company budget | 0.17 | 300.00 | $50.00 |
| 02-19-19 | AP | Email Correspondence: RE: financial documents and schedule amendments | 0.08 | 300.00 | $25.00 |
| 02-20-19 | AP | Email Correspondence: MOR for Jan 2019 | 0.08 | 300.00 | $25.00 |
| 02-22-19 | AP | Office meeting with MM - re: MOR, financial docs, landlord settlement | 0.50 | 300.00 | $150.00 |
| 02-22-19 | AP | Email Correspondence: Monthly Operating Report for January 2019 | 0.08 | 300.00 | $25.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-22-19 | AP | Email Correspondence: RE: Fwd: Upper Cuts Gents Grooming notice of returned fee payment 2.21.19.pdf | 0.08 | 300.00 | $25.00 |
| 02-22-19 | AP | Email Correspondence: re: Upper Cuts balance sheet 12/6/18 | 0.17 | 300.00 | $50.00 |
| 02-25-19 | AP | Email Correspondence: RE: Monthly Operating Report for January 2019 | 0.08 | 300.00 | $25.00 |
| 02-25-19 | AP | Email Correspondence: Re: Monthly Operating Report for January 2019 | 0.08 | 300.00 | $25.00 |
| 02-25-19 | AP | Email Correspondence: Re: Monthly Operating Report for January 2019 | 0.08 | 300.00 | $25.00 |
| 02-28-19 | AP | Email Correspondence: financials for MOR | 0.08 | 300.00 | $25.00 |
| 02-28-19 | AP | Email Correspondence: re: office meeting | 0.08 | 300.00 | $25.00 |
| 02-28-19 | AP | Email Correspondence: RE: financials for MOR | 0.08 | 300.00 | $25.00 |
| 02-28-19 | AP | Email Correspondence: Re: office meeting | 0.08 | 300.00 | $25.00 |
| 02-28-19 | AP | Email Correspondence: RE: financials for MOR | 0.08 | 300.00 | $25.00 |
| 03-01-19 | AP | Email Correspondence: RE: bank statements that cover Mariner | 0.08 | 300.00 | $25.00 |
| 03-01-19 | AP | Email Correspondence: Re: office meeting | 0.08 | 300.00 | $25.00 |
| 03-04-19 | AP | Office meeting with HM re: MOR/financials | 0.67 | 300.00 | $200.00 |
| 03-05-19 | AP | Email Correspondence: RE: SunTrust Bank/Upper Cuts - Status of Bankruptcy Case and Cash Collateral Order | 0.17 | 300.00 | $50.00 |
| 03-06-19 | AP | Email Correspondence: re: doctor's note | 0.08 | 300.00 | $25.00 |
| 03-06-19 | AP | Email Correspondence: RE: January MOR | 0.08 | 300.00 | $25.00 |
| 03-06-19 | AP | Email Correspondence: RE: FW: Valley Green Landscaping 18-11216 1/19 MOR | 0.08 | 300.00 | $25.00 |
| 03-07-19 | AP | Email Correspondence: another meeting to discuss options going forward | 0.08 | 300.00 | $25.00 |
| 03-07-19 | AP | Meeting with CPA re: financial records | 0.67 | 300.00 | $200.00 |
| 03-07-19 | AP | Email Correspondence: RE: Upper Cuts DC, SunTrust Loan Payment, 03-07-2019 | 0.08 | 300.00 | $25.00 |
| 03-08-19 | AP | Email Correspondence: Re: Upper Cuts DC, SunTrust Loan Payment, 03-07-2019 | 0.17 | 300.00 | $50.00 |
| 03-08-19 | AP | Email Correspondence: RE: SunTrust Bank/Upper Cuts - Status of Bankruptcy Case and Cash Collateral Order | 0.17 | 300.00 | $50.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-08-19 | AP | Email Correspondence: RE: SunTrust Bank/Upper Cuts - Status of Bankruptcy Case and Cash Collateral Order | 0.08 | 300.00 | $25.00 |
| 03-08-19 | AP | Email Correspondence: RE: SunTrust Bank/Upper Cuts - Status of Bankruptcy Case and Cash Collateral Order | 0.08 | 300.00 | $25.00 |
| 03-11-19 | AP | Preparing fee app for CPA | 0.58 | 300.00 | $175.00 |
| 03-13-19 | AP | Email Correspondence: Re: Upper Cuts fee application | 0.08 | 300.00 | $25.00 |
| 03-13-19 | AP | Preparing fee app for CPA | 0.33 | 300.00 | $100.00 |
| 03-19-19 | AP | Email Correspondence: Re: FW: RE: Upper Cuts | 0.08 | 300.00 | $25.00 |
| 03-19-19 | AP | Email Correspondence: Re: Upper Cuts fee application | 0.08 | 300.00 | $25.00 |
| 03-19-19 | AP | Email Correspondence: RE: Upper Cuts fee application | 0.17 | 300.00 | $50.00 |
| 03-19-19 | AP | Email Correspondence: settlement offer to landlord | 0.08 | 300.00 | $25.00 |
| 03-20-19 | AP | Email Correspondence: RE: settlement offer to landlord | 0.08 | 300.00 | $25.00 |
| 03-21-19 | AP | Email Correspondence: RE: settlement offer to landlord | 0.08 | 300.00 | $25.00 |
| 03-21-19 | AP | Email Correspondence: RE: FW: RE: Upper Cuts | 0.08 | 300.00 | $25.00 |
| 03-25-19 | AP | Email Correspondence: RE: Status | 0.08 | 300.00 | $25.00 |
| 03-25-19 | AP | Email Correspondence: Re: Status | 0.08 | 300.00 | $25.00 |
| 03-25-19 | AP | Email Correspondence: Re: Status | 0.08 | 300.00 | $25.00 |
| 03-26-19 | AP | Email Correspondence: RE: FW: RE: Upper Cuts | 0.08 | 300.00 | $25.00 |
| 03-26-19 | AP | Email Correspondence: Re: Status | 0.08 | 300.00 | $25.00 |
| 03-26-19 | AP | Email Correspondence: Re: January MOR | 0.08 | 300.00 | $25.00 |
| 03-26-19 | AP | Email Correspondence: Re: January MOR | 0.08 | 300.00 | $25.00 |
| 03-27-19 | AP | Prepare/file Jan. 2019 MOR | 0.42 | 300.00 | $125.00 |
| 03-27-19 | AP | Email Correspondence: RE: settlement offer to landlord | 0.08 | 300.00 | $25.00 |
| 03-28-19 | AP | Email Correspondence: FW: Upper Cuts Gentleman's Grooming Place LLC 18-781 12/18-1/19 MOR review | 0.08 | 300.00 | $25.00 |
| 03-29-19 | AP | Contacted bk clerk re: status of cash collateral order | 0.17 | 300.00 | $50.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04-02-19 | AP | Email Correspondence: RE: FW: RE: Upper Cuts | 0.08 | 300.00 | $25.00 |
| 04-02-19 | AP | Email Correspondence: RE: settlement offer to landlord | 0.08 | 300.00 | $25.00 |
| 04-03-19 | AP | Email Correspondence: SunTrust adequate protection payments | 0.08 | 300.00 | $25.00 |
| 04-05-19 | AP | Email Correspondence: RE: February MOR for Upper Cuts Gentlemen's Grooming Place, Washington, DC | 0.08 | 300.00 | $25.00 |
| 04-05-19 | AP | Email Correspondence: RE: SunTrust adequate protection payments | 0.08 | 300.00 | $25.00 |
| 04-08-19 | AP | Email Correspondence: Re: February MOR for Upper Cuts Gentlemen's Grooming Place, Washington, DC | 0.08 | 300.00 | $25.00 |
| 04-08-19 | AP | Review, compile and file Feb. 2019 MOR | 0.42 | 300.00 | $125.00 |
| 04-08-19 | AP | Email Correspondence: RE: FW: RE: Upper Cuts | 0.08 | 300.00 | $25.00 |
| 04-09-19 | AP | Email Correspondence: RE: SunTrust Bank/Upper Cuts - Cash Collateral Order | 0.08 | 300.00 | $25.00 |
| 04-09-19 | AP | Email Correspondence: RE: SunTrust Bank/Upper Cuts - Cash Collateral Order | 0.08 | 300.00 | $25.00 |
| 04-10-19 | AP | Email Correspondence: RE: Sun Trust Loan Payment, 04-08-2019 | 0.08 | 300.00 | $25.00 |
| 04-12-19 | AP | Email Correspondence: re: Bond Washington v. Upper Cuts DC, 2018 LTB 026709 | 0.08 | 300.00 | $25.00 |
| 04-12-19 | AP | Email Correspondence: RE: Bond Washington v. Upper Cuts DC, 2018 LTB 026709 | 0.08 | 300.00 | $25.00 |
| 04-12-19 | AP | Email Correspondence: RE: Bond Washington v. Upper Cuts DC, 2018 LTB 026709 | 0.08 | 300.00 | $25.00 |
| 04-12-19 | AP | Email Correspondence: RE: Court Date: Wednesday, April 17th | 0.08 | 300.00 | $25.00 |
| 04-12-19 | AP | Email Correspondence: Re: Court Date: Wednesday, April 17th | 0.08 | 300.00 | $25.00 |
| 04-12-19 | AP | Email Correspondence: Re: Court Date: Wednesday, April 17th | 0.08 | 300.00 | $25.00 |
| 04-12-19 | AP | Email Correspondence: RE: SunTrust Loan Payment, 04-10-2019 | 0.08 | 300.00 | $25.00 |
| 04-15-19 | AP | Call with Hardman re: cash collateral order and case status | 0.50 | 300.00 | $150.00 |
| 04-15-19 | AP | Email Correspondence: RE: SunTrust Loan Payment, 04-10-2019 | 0.08 | 300.00 | $25.00 |
| 04-15-19 | AP | Email Correspondence: Upper Cuts Budget Projection April-July 2019 | 0.08 | 300.00 | $25.00 |
| 04-15-19 | AP | Email Correspondence: Re: SunTrust Loan Payment, 04-10-2019 | 0.08 | 300.00 | $25.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04-15-19 | AP | Email Correspondence: RE: Upper Cuts Budget Projection April-July 2019 | 0.08 | 300.00 | $25.00 |
| 04-15-19 | AP | Email Correspondence: Re: SunTrust Loan Payment, 04-10-2019 | 0.08 | 300.00 | $25.00 |
| 04-15-19 | AP | Email Correspondence: Re: "office expenses" line item | 0.08 | 300.00 | $25.00 |
| 04-15-19 | AP | Email Correspondence: Re: SunTrust Loan Payment, 04-10-2019 | 0.08 | 300.00 | $25.00 |
| 04-15-19 | AP | Email Correspondence: Re: Upper Cuts Gentleman's Grooming Place LLC 18-781 12/18-1/19 MOR review | 0.25 | 300.00 | $75.00 |
| 04-16-19 | AP | Email Correspondence: RE: FW: RE: Upper Cuts | 0.08 | 300.00 | $25.00 |
| 04-16-19 | AP | Email Correspondence: Kevin and Michael CPA | 0.08 | 300.00 | $25.00 |
| 04-16-19 | AP | call with Suntrust re: cash collateral order and case status | 0.67 | 300.00 | $200.00 |
| 04-16-19 | AP | Email Correspondence: Re: SunTrust Loan Payment, 04-10-2019 | 0.08 | 300.00 | $25.00 |
| 04-16-19 | AP | Email Correspondence: RE: Updated 4 Month Budget | 0.08 | 300.00 | $25.00 |
| 04-17-19 | AP | call with Suntrust re: cash collateral order | 0.33 | 300.00 | $100.00 |
| 04-17-19 | AP | Email Correspondence: Re: Updated 4 Month Budget | 0.33 | 300.00 | $100.00 |
| 04-17-19 | AP | Email Correspondence: RE: Updated 4 Month Budget | 0.08 | 300.00 | $25.00 |
| 04-17-19 | AP | Email Correspondence: RE: SunTrust Bank/Upper Cuts -- Bankruptcy Case and Lease Issues | 0.17 | 300.00 | $50.00 |
| 04-17-19 | AP | Email Correspondence: RE: Updated 4 Month Budget | 0.08 | 300.00 | $25.00 |
| 04-17-19 | AP | Email Correspondence: Re: SunTrust Bank/Upper Cuts -- Bankruptcy Case and Lease Issues | 0.08 | 300.00 | $25.00 |
| 04-18-19 | AP | Email Correspondence: FW: SunTrust Bank/Upper Cuts -- Debtor's Budget Proposal for Contemplated Second Cash Collateral Order | 0.08 | 300.00 | $25.00 |
| 04-18-19 | AP | Email Correspondence: commercial lease with landlord | 0.08 | 300.00 | $25.00 |
| 04-19-19 | AP | Email Correspondence: RE: FW: SunTrust Bank/Upper Cuts -- Debtor's Budget Proposal for Contemplated Second Cash Collateral Order | 0.08 | 300.00 | $25.00 |
| 04-19-19 | AP | Email Correspondence: RE: SunTrust Bank/Upper Cuts -- Debtor's Budget Proposal for Contemplated Second Cash Collateral Order | 0.08 | 300.00 | $25.00 |
| 04-19-19 | AP | Drafting and filing motion to extend time to assume/reject lease with proposed order | 2.25 | 300.00 | $675.00 |
| 04-19-19 | AP | Phone call w/ landlord counsel re: settlement | 0.08 | 300.00 | $25.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04-22-19 | AP | Call with HM re: landlord inquiry | 0.08 | 300.00 | $25.00 |
| 04-22-19 | AP | Email Correspondence: upper cuts lease extension | 0.08 | 300.00 | $25.00 |
| 04-22-19 | AP | Updating motion and order for use of cash collateral | 1.25 | 300.00 | $375.00 |
| 04-22-19 | AP | Email Correspondence: RE: SunTrust Bank/Upper Cuts -- Debtor's Budget Proposal for Contemplated Second Cash Collateral Order | 0.08 | 300.00 | $25.00 |
| 04-23-19 | AP | Email Correspondence: FW: RE: [Not Virus Scanned] [Not Virus Scanned] Re: Upper Cuts Gentleman's Grooming Place LLC 18-781 12/18-1/19 MOR review | 0.08 | 300.00 | $25.00 |
| 04-23-19 | AP | Email Correspondence: RE: RE: [Not Virus Scanned] [Not Virus Scanned] Re: Upper Cuts Gentleman's Grooming Place LLC 18-781 12/18-1/19 MOR review | 0.08 | 300.00 | $25.00 |
| 04-23-19 | AP | Email Correspondence: RE: [Not Virus Scanned] [Not Virus Scanned] Re: Upper Cuts Gentleman's Grooming Place LLC 18-781 12/18-1/19 MOR review | 0.08 | 300.00 | $25.00 |
| 04-24-19 | AP | Email Correspondence: RE: SunTrust Bank/Upper Cuts -- Debtor's Budget Proposal for Contemplated Second Cash Collateral Order | 0.08 | 300.00 | $25.00 |
| 04-26-19 | AP | Email Correspondence: RE: SunTrust Bank/Upper Cuts -- Debtor's Budget Proposal for Contemplated Second Cash Collateral Order | 0.08 | 300.00 | $25.00 |
| 04-26-19 | AP | fee app for cpa | 0.67 | 300.00 | $200.00 |
| 04-30-19 | AP | Email Correspondence: Re: SunTrust Bank/Upper Cuts -- Debtor's Budget Proposal for Contemplated Second Cash Collateral Order | 0.08 | 300.00 | $25.00 |
| 04-30-19 | AP | Email Correspondence: Re: FW: RE: Upper Cuts | 0.08 | 300.00 | $25.00 |
| 04-30-19 | AP | Email Correspondence: March 2019 MOR | 0.08 | 300.00 | $25.00 |
| 04-30-19 | AP | Email Correspondence: RE: [Not Virus Scanned] [Not Virus Scanned] Re: Upper Cuts Gentleman's Grooming Place LLC 18-781 12/18-1/19 MOR review | 0.08 | 300.00 | $25.00 |
| 05-01-19 | AP | Email Correspondence: Re: SunTrust Bank/Upper Cuts -- Debtor's Budget Proposal for Contemplated Second Cash Collateral Order | 0.08 | 300.00 | $25.00 |
| 05-01-19 | AP | Email Correspondence: RE: SunTrust Bank/Upper Cuts -- Debtor's Budget Proposal for Contemplated Second Cash Collateral Order | 0.08 | 300.00 | $25.00 |
| 05-01-19 | AP | Email Correspondence: RE: Fwd: MOR March 2019 (signed) | 0.08 | 300.00 | $25.00 |
| 05-01-19 | AP | Email Correspondence: RE: March 2019 MOR | 0.08 | 300.00 | $25.00 |
| 05-01-19 | AP | Email Correspondence: RE: March 2019 MOR | 0.08 | 300.00 | $25.00 |

| Date | Atty | Description | | | |
|---|---|---|---|---|---|
| 05-02-19 | AP | Preparing, reviewing and filing notice and motion to use cash collateral and consent order. | 0.83 | 300.00 | $250.00 |
| 05-02-19 | AP | Email Correspondence: RE: March 2019 MOR | 0.08 | 300.00 | $25.00 |
| 05-02-19 | AP | Reviewing/filing March 2019 MOR | 0.42 | 300.00 | $125.00 |

Services Subtotal: $14,350.00

Expenses

| Date | Atty | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 12-08-18 | AP | BC mailing 0203020676 | 1.00 | 4.44 | $4.44 |
| 12-21-18 | AP | BC mailing 0203021212 | 1.00 | 7.73 | $7.73 |
| 01-08-19 | AP | BC mailing 0203021590 | 1.00 | 3.97 | $3.97 |
| 01-09-19 | AP | BC mailing 0203021646 | 1.00 | 21.56 | $21.56 |
| 01-09-19 | AP | BC mailing 0203021617 | 1.00 | 67.47 | $67.47 |
| 01-24-19 | AP | BC mailing 0203022225 | 1.00 | 161.56 | $161.56 |
| 02-14-19 | AP | BC mailing 0203023056 | 1.00 | 4.95 | $4.95 |
| 03-08-19 | AP | BC mailing 0203023890 | 1.00 | 30.55 | $30.55 |
| 05-02-19 | AP | Best Case Mailing: Notice, Motion and Order - Cash Collateral | 1.00 | 98.80 | $98.80 |

Expenses Subtotal: $401.03

| Date | Payment Method | No | Amount |
|---|---|---|---|
| 12-06-18 | Check | 1 | $10,000.00 |

| | |
|---|---|
| Subtotal | $14,751.03 |
| Tax | $0.00 |
| Total | $14,751.03 |
| Payment | $10,000.00 |
| Balance Owing | $4,751.03 |

Statement Account Summary

| Previous Balance | | New Charges | | Payments Received | | **Total Amount Outstanding** |
|---|---|---|---|---|---|---|
| $0.00 | + | $14,751.03 | - | $10,000.00 | = | **$4,751.03** |

Trust Account Balance $10,000.00

Operating Account Balance $0.00

Total Client Balance $4,751.03

Total Matter Balance $4,751.03

Please make all amounts payable to: AP Law Group, PLC

Case 18-00781-SMT    Doc 98    Filed 05/04/19    Entered 05/04/19 15:42:36    Desc Main
Document    Page 18 of 18